DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**1 MAY 2003**

| No. 535P02<br><br>Case below:<br><br>152 N.C. App. 608 | State v. Love | Def's PDR Under N.C.G.S. § 7A-31 (COA01-1275) | Denied |
|---|---|---|---|
| No. 622P02<br><br>Case below:<br><br>153 N.C. App. 723 | State v. McConico | 1. Def's PWC to Review the Decision of the COA (COA01-1562)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's NOA Based Upon a Constitutional Question<br><br>4. AG's Motion to Dismiss Appeal | 1. Denied<br><br>2. Denied<br><br>3. ——<br><br>4. Allowed |
| No. 169P03<br><br>Case below:<br><br>156 N.C. App. 219 | State v. McManus | Def's PDR Under N.C.G.S. § 7A-31 (COA02-822) | Denied |
| No. 379A95-3<br><br>Case below:<br><br>Cumberland County Superior Court | State v. Meyer | 1. Def's PWC to Review the Order of Superior Court<br><br>2. Def's Motion to Hold Consideration of PWC in Abeyance Pending Decision by Cumberland County Superior Court on Motion for Reconsideration | 1. Denied<br><br>2. Denied |
| No. 655P02<br><br>Case below:<br><br>154 N.C. App. 186 | State v. Mitchell | 1. Def's NOA (Constitutional Question) (COA02-82)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br><br>3. Allowed |
| No. 511P02<br><br>Case below:<br><br>152 N.C. App. 694 | State v. Pratt | 1. Def's NOA Based Upon a Constitutional Question (COA01-1268)<br><br>2. Def's PWC to Review the Decision of the COA<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| No. 569P02<br><br>Case below:<br><br>153 N.C. App. 203 | State v. Rogers | Def's PDR Under N.C.G.S. § 7A-31 (COA01-989) | Denied |
| No. 151P03<br><br>Case below:<br><br>149 N.C. App. 978 | State v. Simms | Def's PWC to Review the Decision of the COA (COA01-590) | Denied |